IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELAWARE VALLEY MANAGEMENT, LLC T/A PRINCETON MEDICAL MANAGEMENT INNOVATIONS, ET AL.**, | : : : : : : | CIVIL ACTION |
| *Plaintiffs*, | : : | |
| v. | : : | No. 2:20-cv-4309 |
| **CONTINENTAL CASUALTY COMPANY**, | : : : : | |
| *Defendant.* | : : | |

## ORDER

**AND NOW,** this 10th day of December, 2020, upon consideration of defendant's motion to dismiss (ECF #14), IT IS HEREBY ORDERED that the motion is **DENIED** as moot.[1]

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

---

[1] Plaintiff filed an amended complaint. See ECF #15. Accordingly, I will deny the present motion as moot.