IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELAWARE VALLEY MANAGEMENT, LLC T/A PRINCETON MEDICAL MANAGEMENT INNOVATIONS, ET AL.**, | : : : : : : | CIVIL ACTION |
| *Plaintiffs*, | : : | |
| v. | : : | No. 2:20-cv-4309 |
| **CONTINENTAL CASUALTY COMPANY,** | : : : : | |
| *Defendant.* | : : | |

## ORDER

**AND NOW,** this 10th day of November, 2021, upon consideration of Defendant Continental Casualty Company's Motion to Dismiss (ECF No. 21), Plaintiffs' Response in Opposition (ECF No. 23), and Defendant's Reply in Support (ECF No. 28), it is hereby **ORDERED** that Defendant's Motion is **GRANTED.** The Clerk of Court shall **DISMISS** this case and mark it as **CLOSED.**

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**